MARY E. LYON *vs.* ABRAHAM KATTEN.

First Judicial District.

Submitted on briefs March 3d—decided April 14th, 1908.

ACTION for breach of contract for the exchange of real estate owned by the respective parties, brought to and tried by the Superior Court in Hartford County, *Ralph Wheeler, J.*; facts found and judgment rendered for the plaintiff, and appeal by the defendant. *No error.*

*William F. Henney* and *Morris Older,* for the appellant (defendant).

*Noble E. Pierce* and *Emerson R. Lewis,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in Hartford County.